# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN PATTON JULIUS,<br><br>        Petitioner,<br><br>        v.<br><br>RAUL LOPEZ,<br><br>        Respondent. | Case No. ED CV 10-1087 DOC (JCG)<br><br>**JUDGMENT** |

     IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: September 27, 2011

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE